[No. 5909–1.   Division One.   January 17, 1979.]

*In the Matter of the Welfare of*
NOLAN RAY HENDERSON.

Appeal from a judgment of the Superior Court for King County, No. J–80180, Robert E. Dixon, J. Pro Tem., entered July 27, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Williams and Dore, JJ.

[No. 6106–44715–1.   Division One.   January 17, 1979.]

JOSEPH J. BATH, *Appellant,* v. PIERCE COUNTY
COMMISSIONERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 244343, Thomas A. Swayze, Jr., J., entered January 14, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Ringold, JJ.

[No. 6118–1.   Division One.   January 17, 1979.]

M. T. MAXWELL, *Respondent,* v. RONALD A. HANSON,
ET AL, *Appellants,* PATRICK C. McKINNON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 8564, Harry A. Follman, J., entered October 7, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Andersen, JJ.

[No. 6218–1.   Division One.   January 17, 1979.]

BOBBY G. PIERCE, *Appellant,* v. SAFEWAY STORES, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 802089, Erle W. Horswill and Jerome M. Johnson, JJ., entered December 13 and 21, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Williams, JJ.